UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEVANTE TAYLOR,

       Plaintiff,                            Civil Case No. 18-12484
                                              Honorable Linda V. Parker
v.                                                 Magistrate Judge Mona K. Majzoub

HOMES OF OPPORTUNITY, INC.,
LAWRENCE A. MANIACI, and
JUSTIN MANIACI,

       Defendants.
_____/

## OPINION AND ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS AND ENTRY OF STIPULATED ORDER OF DISMISSAL [ECF NOS. 17 & 19]

The instant case is a companion case to *Belmont v. Homes of Opportunity et al.*, Case No. 18-cv-10854, also before this Court. The Court notes that: (1) Plaintiff's counsel in this matter also represented the collective Plaintiffs in the companion case; (2) Defendants' counsel in this matter also represented the Defendants in the companion case; (3) the parties in this matter negotiated a settlement of Plaintiff's claims and agree the proposed settlement represents a true compromise considering the available evidence and potential damages. (ECF No. 17 at PgID 56-57; ECF No. 19.) For the reasons set forth in the Court's December 13, 2018 Opinion and Order in *Belmont v. Homes of Opportunity et al.*, Case No.

18-cv-10854, (ECF No. 31), the Court grants the parties' Joint Motion for Approval of Settlement Agreements and Entry of Stipulated Order of Dismissal.

Accordingly,

**IT IS ORDERED**, that the Joint Motion for Approval of Settlement (ECF Nos. 17 & 19) is **GRANTED**; and

**IT IS FURTHER ORDERED**, that this action is **DISMISSED WITH PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 13, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 13, 2018, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager